

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00733-CV

Joseph P. **SMITH**,
Appellant

v.

Lori E. **SMITH**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-09439
Honorable Gloria Saldaña, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of the appeal are taxed against appellant.

SIGNED December 18, 2013.

_____
Rebeca C. Martinez, Justice